IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GINA L. SCOTT**                                                                                  **PLAINTIFF**

**VS.**                                                            **CAUSE NO.** 1:20cv126-SA-DAS

**M1 SUPPORT SERVICES, LP**                                        **DEFENDANT**

                                                                               **JURY TRIAL DEMANDED**

**COMPLAINT**

This is an action to recover damages for sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and actual, liquidated, and punitive damages for violation of the Age Discrimination in Employment Act. The following facts support the action:

1.

Plaintiff GINA L. SCOTT is an adult resident citizen of 52 Constitution Drive, Columbus, Mississippi 39702.

2.

Defendant M1 SUPPORT SERVICES, LP is a Texas limited partnership. Defendant may be served with process by service upon its registered agent, Corporation Service Company, 7716 Old Canton Road, Suite C, Madison, Mississippi 39110. Defendant is in the business of airplane maintenance.

00347930.WPD

3.

This Court has federal question jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 U.S.C. § 1343, for a cause of action arising under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and for a cause of action arising under the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq*.

4.

Plaintiff is white female, who is sixty-two (62) years old. Plaintiff is also a lesbian.

5.

Plaintiff has over thirty-six (36) years of aviation maintenance and mechanic experience, working on multiple aircrafts. Plaintiff has over twenty-two (22) years of managerial experience. Plaintiff was employed at the Air Force Base in Columbus, Mississippi for thirty-one (31) years. Plaintiff is an extremely qualified Air Force mechanic, and is uniquely qualified for work on T-38 aircrafts, and mechanics for those aircrafts are in short supply.

6.

At the end of September 2019, Plaintiff's employer, L-3 Vertex, lost the contract at the Columbus Air Force Base.

7.

After L-3 Vertex lost the contract, Defendant M1 Support Services, LP received the contract. Defendant did not give Plaintiff her former job as shift manager. Plaintiff applied, not only to that job, but to numerous other positions, which are listed as an attachment to Exhibit "A," Plaintiff's EEOC charge. Plaintiff's applications began on September 10, 2019, and she applied for around fourteen (14) positions with Defendant until around December 2019.

8.

Plaintiff was highly qualified for all of these positions and was not given any of them. Plaintiff found out that the position of production supervisor was filled by a young man half her age. Plaintiff's former position as a manager was filled by a male, who appeared to be much younger than Plaintiff as well.

9.

The man who interviewed Plaintiff had no substantive discussions about the mechanics business, and only interviewed her for approximately fifteen (15) minutes. The recruiter whom Plaintiff talked to told her, "Let me make it perfectly clear, you do not have a position with us."

10.

The only plausible reasons for failing to hire Plaintiff are her age (62), gender (female), and because she is a lesbian. Some of the line workers disapproved of Plaintiff's sexual orientation, and they may have communicated this dislike to Defendant.

11.

Plaintiff has filed an EEOC charge, attached hereto as Exhibit "A," and received the right to sue letter, attached hereto as Exhibit "B."

12.

The actions of Defendant against Plaintiff have been intentional and malicious, such that liquidated and punitive damages are due.

13.

Plaintiff has suffered lost income and mental anxiety and stress as a result of Defendant's wrongful actions.

## REQUEST FOR RELIEF

Plaintiff requests actual, liquidated and punitive damages in an amount to be determined by a jury, reinstatement, as well as reasonable attorneys' fees, costs, and expenses.

RESPECTFULLY SUBMITTED, this the 16th day of June, 2020.

                GINA L. SCOTT, Plaintiff

By:   */s/ Jim Waide*
       Jim Waide, MS Bar No. 6857
       Ron L. Woodruff, MS Bar No. 100391
       waide@waidelaw.com
       WAIDE & ASSOCIATES, P.A.
       332 North Spring Street
       Tupelo, MS 38804-3955
       Post Office Box 1357
       Tupelo, MS 38802-1357
       (662) 842-7324 / Telephone
       (662) 842-8056 / Facsimile

       ATTORNEYS FOR PLAINTIFF

STATE OF MISSISSIPPI

COUNTY OF LEE

PERSONALLY came and appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named **GINA L. SCOTT**, who, after being first duly sworn, states under oath that the facts contained in the above and foregoing **COMPLAINT** are true and correct as stated therein.

_____
GINA L. SCOTT

GIVEN under my hand and official seal of office on this the 16th day of June, 2020.

(SEAL)

_____
NOTARY PUBLIC

My Commission Expires: July 15, 2022

(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 109533, HALEY C. FULLER, Commission Expires July 15, 2022, LEE COUNTY)